**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1309**

In re: DARIUS LAMONT GALLOWAY,

Petitioner.

On Petition for Writ of Mandamus.
(7:07-cr-00036-F-1; 7:14-cv-00005-F)

Submitted: June 21, 2016                    Decided: June 23, 2016

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Darius Lamont Galloway, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darius Lamont Galloway petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court entered an order denying the § 2255 motion on May 10, 2016. Accordingly, because the district court has recently decided Galloway's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2